Morris Weintraub, Appellant, v. Nathan Ulman, Respondent.— Judgment affirmed, with costs. No opinion.

Lizzie Hastings Holme, Appellant, v. Leicester Holme, Respondent.— Judgment affirmed, with costs. No opinion.

Thomas E. Greacen, Respondent, v. Frederick J. Poehlman, Appellant.— Judgment affirmed, with costs. No opinion.

Frank Voigtmann and S. Harris Pomeroy, Appellants, v. Hubert B. McLellan and Others, Respondents.— Judgment affirmed, with costs. No opinion.

Louis Bernstein, Respondent, v. Chapin S. Fleet, Appellant.— Judgment and order affirmed, with costs. No opinion.

Ida M. Lawrence, Appellant, v. Alfred J. Cammeyer, Respondent.— Judgment and order affirmed, with costs. No opinion.

Robert H. Hutchinson, Jr., Appellant, v. Caroline S. Ward and Beverley Ward, Her Husband, Respondents.— Judgment and order affirmed, with costs. No opinion. (Ingraham, J., dissenting.)

Albert Lilienthal and Philip N. Lilienthal, Suing in Behalf of Themselves and of All Other Creditors of D. G. Yuengling Brewing Company, a Former Corporation Now Dissolved, Who May Be Similarly Situated, and Who May Come in and Contribute to the Expenses of This Action, Respondents, v. John F. Betz, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Washington Life Insurance Company, Respondent, v. Blair T. Scott, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Charles F. Muller and Others, as Executors of and Trustees under the Last Will and Testament of Thomas W. Evans, Deceased, Respondents, v. The City of Philadelphia and Others, Respondents, Impleaded with Arthur E. Valois, Individually and as Executor of and Trustee under the Last Will and Testament of Thomas W. Evans, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of the City of New York, Relative to Acquiring Title, etc., to Macomb's Road, from Its Junction with Jerome Avenue Opposite Marcy Place, to Macomb's Road North of East One Hundred and Seventieth Street, in the Twenty-third and Twenty-fourth Wards, Borough of the Bronx, in the City of New York. United States Title Guaranty and Indemnity Company, Appellant; Anna Blank, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Edward L. Dwyer, Respondent, v. Edward A. Seeley and Roswell E. Briggs, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Charles Schmeiser, Respondent, v. James H. Mansfield, Appellant, Impleaded with John T. Mansfield and Rosetta I. Bressler.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Western Candy and Bakers' Supply Company, Respondent, v. Louis Ginocchio and Others, Doing Business as United Fig and Date Company, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.